**F. E. MYERS & BRO. CO. v. GOULDS PUMPS, Inc.**

Civil Action No. 2625.

United States District Court
W. D. New York.
Aug. 28, 1950.

Toulmin & Toulmin; Dayton, Ohio,
John S. Powers, Buffalo, N. Y., of counsel,
for plaintiff.

Winslow E. Thomson, Rochester, N. Y.,
Edwin T. Bean, Buffalo, N. Y., of counsel,
for defendant.

KNIGHT, Chief Judge.

In this case altogether there were 40
separate Claims in issue. In my Opinion
heretofore rendered herein, D.C., 91 F.
Supp. 475, a correction should be made.
Claims 4, 5, 6 and 7 of the Goulds Patent
No. 2,257,507 should be included as allowed
and Claims 15–22, inclusive, of same patent,
disallowed.

Defendant urges that Claims 26 and 27 of
Patent No. 2,257,507 should be allowed,
rather than disallowed. I do not believe
any change should be made in the opinion
with respect to these two claims.

As to Claim 26, supra, defendant in its
brief states: "claim 26 is intended to
cover both shallow and deep well." This is
further shown by the specifications at p. 7,
col. 2, line 11, et seq. of the Patent.

Claim 27 of this Patent is likewise in-
tended to cover both shallow and deep well,
as is shown in the plaintiff's brief, as repro-
duced by defendant, with defendant's com-
ments.